**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

Chapter 13
Case No.: 8:18-bk-07235-MGW

**KEVIN FREEMAN,**

Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Berger Firm P.A. hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE FOR CIVIC HOLDINGS V-C TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 4th day of September, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: ____/s/ Chase A. Berger_____
        Chase A. Berger, Esq.
        Florida Bar No. 083794
        cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:_____/s/ Chase A. Berger_____
　　　　　Chase A. Berger, Esq.


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 30, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Pro-Se Debtor*
**Kevin Freeman**
8499 Woodbriar Drive
Sarasota, FL 34238

*Trustee*
**Kelly Remick**
P.O. Box 6099
Sun City, FL 33571

*U.S. Trustee*
**United States Trustee - TPA7/13**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

By:_____/s/ Chase A. Berger_____
　　　　　Chase A. Berger, Esq.